```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                                JAN 23 2018

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY
                                                    DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 08-577-ODW |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING |
| RACHEL LAPIZZA ) | [Fed.R.Crim.P. 32.1(a)(6); |
| RAMOS ) | 18 U.S.C. 3143(a)] |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist, CA for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on no background info; nature of allegations (whereabouts unknown)

1  _____

2  _____

3  _____

4  and/or

5  B.   (  )  The defendant has not met his/her burden of establishing by

6       clear and convincing evidence that he/she is not likely to pose

7       a danger to the safety of any other person or the community if

8       released under 18 U.S.C. § 3142(b) or (c).  This finding is based

9       on:_____

10      _____

11      _____

12      _____

13

14      IT THEREFORE IS ORDERED that the defendant be detained pending

15  the further revocation proceedings.

16

17  Dated:    _____

18

19                           _____

20                           UNITES STATES MAGISTRATE JUDGE
                                    PAUL L. ABRAMS

21

22

23

24

25

26

27

28